DOWNEY BRAND LLP
ELIZABETH B. STALLARD (Bar No. 221445)
estallard@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for Defendants
SHERALI GAS COMPANY INC.
dba MAIDU MARKET; MAIDU SHERALI,
LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DARREN GILBERT, | Case No. 2:21-CV-02086-JAM-KJN |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT** |
| v. | |
| MAIDU SHERALI, LLC, SHERALI GAS COMPANY INC., | |
| Defendants. | |

The Parties, having filing their stipulation (Doc. 7), and good cause appearing therefore,

IT IS HEREBY ORDERED that:

The deadline for Defendants Maidu Sherali, LLC dba Maidu Market and Sherali Gas Company Inc. to file their responsive pleading to Plaintiff Darren Gilbert's Complaint is extended to Monday, February 7, 2022.

IT IS SO ORDERED.

DATED:  February 4, 2022                    /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

1779962v1