DOWNEY BRAND LLP
ELIZABETH B. STALLARD (Bar No. 221445)
estallard@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for Defendants
SHERALI GAS COMPANY, INC. dba MAIDU
MARKET and MAIDU SHERALI, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DARREN GILBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>MAIDU SHERALI, LLC, SHERALI GAS COMPANY INC.,<br><br>    Defendants. | Case No. 2:21-CV-02086-JAM-KJN<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT [SECOND REQUEST] AND REQUEST FOR EXTENSION TO SUBMIT JOINT STATUS REPORT** |

TO THE COURT, PLAINTIFF AND HIS COUNSEL OF RECORD:

Pursuant to Local Rule 144 of the United States District Court for the Eastern District of California, Defendants SHERALI GAS COMPANY, INC. dba MAIDU MARKET and MAIDU SHERALI, LLC (collectively, "Defendants"), by and through their counsel, Elizabeth B. Stallard of Downey Brand, LLP, and Plaintiff DARREN GILBERT ("Plaintiff"), by and through his counsel, Tanya E. Moore of Moore Law Firm, P.C., stipulate and agree as follows:

A.    The deadline for Defendants to respond to the Complaint filed by Plaintiff shall be extended from February 7, 2022, to February 22, 2022.  This is the second request for extension regarding Defendants' response to the Complaint filed by Plaintiff.

B.    The Court's November 10, 2021, Order Requiring Service of Process and Joint Status Report (Dkt. No. 3) provides that the parties are required to submit their joint status report

1780379v1

STIPULATION AND ORDER RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT [SECOND REQUEST] AND REQUEST FOR EXTENSION TO SUBMIT JOINT STATUS REPORT

by February 14, 2022.  In light of the requested extension to respond to the Complaint and the parties' ongoing settlement efforts, the parties also stipulate to extend this deadline to February 28, 2022.

Good cause exists for the above-referenced extensions because the parties are engaged in good faith settlement discussions. These extensions will allow the parties to focus on potential resolution of this matter, instead of on litigation.

SO STIPULATED.

DATED:  February 8, 2022        MOORE LAW FIRM, P.C.

By:  /s/ *Tanya E. Moore* [as authorized on 02/08/2022]
TANYA E. MOORE
Attorneys for Plaintiff
DARREN GILBERT

DATED:  February 8, 2022        DOWNEY BRAND LLP

By:  /s/ *Elizabeth B. Stallard*
ELIZABETH B. STALLARD
Attorneys for Defendants
SHERALI GAS COMPANY, INC. DBA MAIDU MARKET, AND MAIDU SHERALI, LLC

### ORDER

The Parties, having met and conferred, and good cause appearing therefore, IT IS HEREBY ORDERED that:

A.  The deadline for Defendants Maidu Sherali, LLC dba Maidu Market and Sherali Gas Company, Inc. to file their responsive pleading to Plaintiff Darren Gilbert's Complaint is extended to February 22, 2022.

B.  The deadline for the parties to submit their joint status report is extended to February 28, 2022.

IT IS SO ORDERED.

DATED:  February 8, 2022        /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

1780379v1

2

STIPULATION AND ORDER RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT [SECOND REQUEST] AND REQUEST FOR EXTENSION TO SUBMIT JOINT STATUS REPORT